**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**NO. 3:20-cv-232-GCM**

| | | |
|---|---|---|
| **DAVID BENHAM, CITIES4LIFE,** | ) | |
| **GLOBAL IMPACT MINISTRIES,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CITY OF CHARLOTTE,** | ) | |
| **MECKLENBURG COUNTY,** | ) | |
| **Defendants.** | ) | |

 **THIS MATTER IS BEFORE THE COURT** on the Motion for Special Admission ("Motion") concerning **Kevin H. Theriot** (Doc. No. 9), which was filed May 20, 2020.

 Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby <u>grants</u> the Motion.

 In accordance with Local Rule 83.1(b), Mr. Theriot is admitted to appear before the Court on behalf of Plaintiffs David Benham, Cities4Life, and Global Impact Ministries.

 **IT IS SO ORDERED.**

Signed: May 20, 2020

Graham C. Mullen
United States District Judge