IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:20-cv-00232

| | |
|---|---|
| DAVID BENHAM; CITIES4LIFE; GLOBAL IMPACT MINISTRIES d/b/a LOVE LIFE; and LOVE LIFE CHARLOTTE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHARLOTTE, NORTH CAROLINA; and MECKLENBURG COUNTY, NORTH CAROLINA, <br><br> Defendants. | **DEFENDANT MECKLENBURG COUNTY'S MOTION TO DISMISS** |

Pursuant to Local Civil Rule 7.1 and Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Mecklenburg County moves to dismiss the Complaint because (1) Plaintiffs' claims are moot and there is no active case or controversy due to the repeal of the challenged Joint Proclamation; (2) the Court should abstain from exercising jurisdiction under *Younger v. Harris*, 401 U.S. 37 (1971) because resolving this civil action would interfere with ongoing state criminal proceedings; and (3) Plaintiffs fail to state a claim upon which relief may be granted because the Joint Proclamation—as written and as applied—did not violate their constitutional rights. In further support of this motion, Mecklenburg County relies on its accompanying Memorandum in Support of this Motion to Dismiss, which it incorporates by reference.

WHEREFORE, Mecklenburg County respectfully requests that the Court grant its motion to dismiss and dismiss the Complaint with prejudice.

This 10th day of July, 2020.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ W. Clark Goodman*
Michael Barnhill (N.C. Bar No. 9690)
W. Clark Goodman (N.C. Bar No. 15533)
Matthew F. Tilley (N.C. Bar No. 40125)
Patrick G. Spaugh (N.C. Bar No. 49532)
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone: (704) 331-4900
Email: mike.barnhill@wbd-us.com
Email: clark.goodman@wbd-us.com
Email: matthew.tilley@wbd-us.com
Email: patrick.spaugh@wbd-us.com

*Attorneys for Mecklenburg County*
