IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:20-cv-232-GCM

| | |
|---|---|
| DAVID BENHAM, CITIES4LIFE, GLOBAL IMPACT MINISTRIES, | |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF CHARLOTTE, MECKLENBURG COUNTY, | |
| Defendants. | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Special Admission ("Motion") concerning **Denise M. Harle** (Doc. No. 24), which was filed August 12, 2020.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby grants the Motion.

In accordance with Local Rule 83.1(b), Ms. Harle is admitted to appear before the Court on behalf of Plaintiffs David Benham, Cities4Life, and Global Impact Ministries.

**IT IS SO ORDERED.**

Signed: August 18, 2020

Graham C. Mullen
United States District Judge