IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00232-GCM

| | |
|---|---|
| GLOBAL IMPACT MINISTRIES, DAVID BENHAM, CITIES4LIFE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MECKLENBURG COUNTY, CITY OF CHARLOTTE, <br><br> Defendants. | **ORDER** |

**THIS MATTER** comes before the Court upon the Joint Status Report (ECF Doc. 34), filed by the parties on July 7, 2021. In the Joint Status Report, the parties represent that all related state court proceedings have been terminated, and Plaintiffs request that the Court lift the stay in this action. Accordingly, the Court finds that Plaintiffs' request is well-taken and that it is appropriate to lift the stay.

**IT IS THEREFORE ORDERED** that the stay in this action is lifted.

Signed: July 12, 2021

Graham C. Mullen
United States District Judge