## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-00232-GCM

| | |
|---|---|
| **GLOBAL IMPACT MINISTRIES, CITIES4LIFE, INC., AND DAVID BENHAM,** | |
| **Plaintiffs,** | |
| **v.** | **ORDER** |
| **MECKLENBURG COUNTY AND CITY OF CHARLOTTE,** | |
| **Defendants.** | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Special Admission ("Motion") concerning Erica Steinmiller-Perdomo. (ECF No. 73).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b)(2), Ms. Steinmiller-Perdomo is admitted to appear before this court by special admission on behalf of the Plaintiffs in this matter.

**IT IS SO ORDERED**.

Signed: March 21, 2023

Graham C. Mullen
United States District Judge