# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| DAVID BENHAM; CITIES4LIFE, INC.; GLOBAL IMPACT MINISTRIES, INC. D/B/A LOVE LIFE AND LOVE LIFE CHARLOTTE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHARLOTTE, NORTH CAROLINA; MECKLENBURG COUNTY, NORTH CAROLINA,<br><br>Defendants. | Case No. 3:20-cv-00232-GCM<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs David Benham, Cities4Life, Inc., and Global Impact Ministries, and Defendant Mecklenburg County jointly stipulate to the dismissal of this action with prejudice. In support thereof, the parties state as follows:

1. Plaintiffs have reached a resolution in this case that resolves all claims against Defendant Mecklenburg County.

2. Plaintiffs and Defendant Mecklenburg County stipulate that all claims in this lawsuit against Mecklenburg County should be dismissed with prejudice.

3. Each party is to bear its own costs and attorneys' fees, except as provided by separate settlement agreement.

4. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties seek a court order of dismissal.

[Signatures Appear on Following Page]

Respectfully submitted this 29th day of March, 2023.

| | |
|---|---|
| /s/ Matthew F. Tilley<br>Michael Barnhill (N.C. Bar No. 9690)<br>Matthew F. Tilley (N.C. State Bar No. 40125)<br>Patrick G. Spaugh (N.C. State Bar No. 49532)<br>Womble Bond Dickinson (US) LLP<br>301 South College Street, Suite 3500<br>Charlotte, NC 28202-6037<br>Telephone: (704) 331-4981<br>Mike.Barnhill@wbd-us.com<br>Matthew.Tilley@wbd-us.com<br>Patrick.Spaugh@wbd-us.com<br><br>*Attorneys for Defendant Mecklenburg County, North Carolina* | /s/ Denise M. Harle<br>Denise M. Harle (GA Bar No. 176758)*<br>David A. Cortman (GA Bar No. 188810)*<br>Alliance Defending Freedom<br>1000 Hurricane Shoals Road NE<br>Suite D-1100<br>Lawrenceville GA 30043<br>(770) 339-0774<br>(770) 339-6744 (fax)<br>dharle@ADFlegal.org<br>dcortman@ADFlegal.org<br><br>Erica Steinmiller-Perdomo*<br>D.C Bar No. 90009737<br>Alliance Defending Freedom<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>Tel.: (786) 366-5007<br>esteinmiller@adflegal.org<br><br>Kevin H. Theriot (AZ Bar No. 030446)*<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>(480) 444-0028 (fax)<br>ktheriot@ADFlegal.org<br><br>Scott W. Gaylord (NC Bar No. 26740)<br>201 N. Greene Street<br>Greensboro, NC 27401<br>(336) 500-9811<br>sgaylord@elon.edu<br><br>*Counsel for Plaintiffs*<br><br>*Granted Special Admittance |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2023, the foregoing document was served via email on the following:

G. Michael Barnhill
Matthew Felton Tilley
Patrick G. Spaugh
Womble Bond Dickinson LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202
mike.barnhill@wbd-us.com
matthew.tilley@wbd-us.com
patrick.spaugh@wbd-us.com

*Attorneys for Defendant Mecklenburg County*

Courtesy copies provided to Attorneys for Defendant City of Charlotte:

Roger A. McCalman
City of Charlotte
City Attorney's Office
600 East 4th Street, Suite 453
Charlotte, NC 28202
roger.mccalman@charlottenc.gov

Daniel Edward Peterson
Parker Poe Adams & Bernstein LLP
Bank of America Tower
620 South Tryon Street, Suite 800
Charlotte, NC 28202
danielpeterson@parkerpoe.com

*Attorneys for Defendant City of Charlotte*

                                                *s/Denise M. Harle*
                                                Denise M. Harle