IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:20-cv-00232-GCM

| | |
|---|---|
| DAVID BENHAM; CITIES4LIFE, INC.; GLOBAL IMPACT MINISTRIES, INC. D/B/A LOVE LIFE AND LOVE LIFE CHARLOTTE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHARLOTTE, NORTH CAROLINA; MECKLENBURG COUNTY, NORTH CAROLINA, <br><br> Defendants. | **[PROPOSED] ORDER** |

THIS MATTER is before the Court on Plaintiffs' and Defendant Mecklenburg County's Joint Stipulation of Dismissal with Prejudice.

Upon this Court's review of the parties' Joint Stipulation of Dismissal, it is hereby ordered that the action is dismissed with prejudice as to Defendant Mecklenburg County.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Signed: [date]

_____
Graham C. Mullen
United States District Judge