IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20CV232

| | |
|---|---|
| DAVID BENHAM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHARLOTTE, NORTH CAROLINA, MECKLENBURG COUNTY, NORTH CAROLINA, <br><br> Defendants. | <u>ORDER</u> |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Nathan Kellum (Doc. No. 82).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Kellum is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs.

**IT IS SO ORDERED**.

Signed: June 20, 2023

Graham C. Mullen
United States District Judge