IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00232-GCM

| | |
|---|---|
| **GLOBAL IMPACT MINISTRIES,** <br> **DAVID BENHAM,** <br> **CITIES4LIFE, INC.,** <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF CHARLOTTE,** <br><br> Defendant. | <br><br><br><br><br><br> **ORDER** |

    This matter is before the Court upon its own motion. On September 26, 2023, Plaintiffs moved to extend the time for the parties to discuss and submit a proposed discovery deadline to October 17, 2023. The Court granted such motion on September 27, 2023. Since that time, no proposed discovery deadline has been submitted. The parties are hereby directed by the Court to confer and submit such proposed discovery deadline no later than January 26, 2024.

    IT IS SO ORDERED.

Signed: January 16, 2024

Graham C. Mullen
United States District Judge