IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DAVID BENHAM; CITIES4LIFE, INC.; GLOBAL IMPACT MINISTRIES, INC. d/b/a LOVE LIFE AND LOVE LIFE CHARLOTTE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHARLOTTE, NORTH CAROLINA, <br><br> Defendant. | Case No. 3:20-cv-00232-GCM |

**PARTIES' JOINT STATUS REPORT AND**
**PROPOSED DISCOVERY PLAN AND MOTIONS DEADLINES**
**SUBMITTED IN RESPONSE TO COURT'S JANUARY 16, 2024 ORDER**

As shown by the undersigned signatures of counsel, the parties hereby jointly respond to the Court's Order of January 16, 2024 (D.E. #91), by proposing the following schedule for this matter:

1) The parties shall have an additional sixty (60) days to conduct discovery;

2) After the conclusion of the 60-day discovery period, the parties shall have thirty (30) days to file motions for summary judgment;

3) The parties stipulate and agree that nothing herein constitutes a waiver of the City's right to file a motion to enforce settlement, which

the City may file at any time prior to a final hearing or trial in this matter.

Respectfully submitted, this 26th day of January, 2024.

By: /s/B. Tyler Brooks
B. Tyler Brooks
N.C. Bar No. 37604
THOMAS MORE SOCIETY
P.O. Box 10767
Greensboro, NC 27404
Telephone: (336) 707-8855
Fax: (336) 900-6535
tbrooks@thomasmoresociety.org

Stephen M. Crampton†
THOMAS MORE SOCIETY
P.O. Box 4506
Tupelo, MS 38803
Telephone: (662) 255-9439
scrampton@thomasmoresociety.org

† *pro hac vice* motion forthcoming.

*Counsel for Plaintiffs*

By: /s/Daniel Edward Peterson
Daniel Edward Peterson
N.C. Bar No. 41521
PARKER POE ADAMS & BERNSTEIN LLP
Bank of America Tower
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Telephone: (704) 335.9874
Fax: (704) 334-4706
danielpeterson@parkerpoe.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2024, the foregoing NOTICE was served on counsel for all parties of record via CM/ECF. A copy of this filing may be accessed via the Court's CM/ECF system.

/s/B. Tyler Brooks
B. Tyler Brooks
N.C. Bar No. 37604

**SERVED:**

Daniel Edward Peterson, Esq.
PARKER POE ADAMS & BERNSTEIN LLP
Bank of America Tower
620 South Tryon Street, Suite 800
Charlotte, NC 28202

*Counsel for Defendant*

3

Case 3:20-cv-00232-GCM   Document 92   Filed 01/26/24   Page 3 of 3