IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-cv-00232-GCM

| | |
|---|---|
| DAVID BENHAM, CITIES4LIFE, INC., GLOBAL IMPACT MINISTRIES, INC. d/b/a LOVE LIFE AND LOVE LIFE CHARLOTTE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHARLOTTE, <br><br> Defendant. | ORDER |

This matter is before the Court upon the Parties' Joint Status Report and Proposed Discovery Plan and Motions Deadlines. Pursuant to the agreement by the parties, the Court hereby orders as follows:

1) The parties shall have an additional sixty (60) days from the date of entry of this Order to conduct discovery;

2) After the conclusion of the 60-day discovery period, the parties shall have thirty (30) days to file motions for summary judgment;

3) The parties stipulate and agree that nothing herein constitutes a waiver of the City's right to file a motion to enforce settlement, which the City may file at any time prior to a final hearing or trial in this matter.

4) Trial is reset to the September 16, 2024 Term.

IT IS SO ORDERED.

Signed: January 29, 2024

Graham C. Mullen
United States District Judge