IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-cv-00232-GCM

| | |
|---|---|
| DAVID BENHAM, CITIES4LIFE, INC., GLOBAL IMPACT MINISTRIES, INC. d/b/a LOVE LIFE AND LOVE LIFE CHARLOTTE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHARLOTTE, <br><br> Defendant. | ORDER |

This matter is before the Court upon the Parties' Motion for Extensions of Time to Complete Discovery and File Dispositive Motions. Pursuant to the agreement by the parties, the Court hereby orders that the parties shall have an extension of time to complete discovery, if any, up to and including **May 31, 2024**; and an extension of time to file summary judgment motions up to and including **June 15, 2024**.

**IT IS SO ORDERED.**

Signed: April 25, 2024

Graham C. Mullen
United States District Judge