IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00232-GCM

| | |
|---|---|
| GLOBAL IMPACT MINISTRIES<br>CITIES4LIFE, INC.<br>DAVID BENHAM,<br><br>    Plaintiff,<br><br> v.<br><br>MECKLENBURG COUNTY<br>CITY OF CHARLOTTE,<br><br>    Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Stephen N. Crampton (Doc. No. 96).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Crampton is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs.

**IT IS SO ORDERED**.

Signed: April 25, 2024

Graham C. Mullen
United States District Judge