IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00232-GCM

| | |
|---|---|
| **GLOBAL IMPACT MINISTRIES,**<br>**CITIES4LIFE, INC.,**<br>**DAVID BENHAM,**<br><br>  Plaintiffs,<br><br> v.<br><br>**MECKLENBURG COUNTY,**<br>**CITY OF CHARLOTTE,**<br><br>  Defendants. | **ORDER** |

    This matter is before the Court upon its own motion. The Defendant has filed a Motion to Enforce Settlement Agreement, which the Court has set for hearing on September 11, 2024. Trial in this case is currently scheduled for September 16, 2024. Because the pending motion is potentially dispositive, the Court will continue the trial to save the parties from the expense of trial preparation. Should the motion be denied, the trial will be held on November 12, 2024.

    IT IS THEREFORE ORDERED that trial in this case is hereby continued from the September 16, 2024 term to the November 12, 2024 trial term.

Signed: August 9, 2024

*Graham C. Mullen*
Graham C. Mullen
United States District Judge